```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 33638
  HELENA ANNETTE WALLS
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-7237


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/10/04 and confirmed on 01/07/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  27426.16 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
WELLS FARGO FINANCIAL AC  SECURED VEHIC    15960.00          2273.92         15960.00
ADVANCE AMERICA           UNSECURED        NOT FILED             .00              .00
ADVANCE TIL PAYDAY        UNSECURED        NOT FILED             .00              .00
GPO AMERICA ONLINE        UNSECURED        NOT FILED             .00              .00
AMERICASH LOANS           UNSECURED         1382.21             .00           346.33
SBC AMERITECH             UNSECURED        NOT FILED             .00              .00
COMED                     UNSECURED        NOT FILED             .00              .00
ECAST SETTLEMENT CORPORA  UNSECURED         5650.71             .00          1415.86
FINGERHUT CREDIT ADVANTA  UNSECURED          791.21             .00           198.25
NATIONAL QUIK CASH        UNSECURED        NOT FILED             .00              .00
CARD PROCESSING CENTER    UNSECURED        NOT FILED             .00              .00
PAYDAY ADVANCE            UNSECURED        NOT FILED             .00              .00
PAYDAY LOAN STORE         UNSECURED        NOT FILED             .00              .00
SBC AMERITECH             UNSECURED        NOT FILED             .00              .00
GREAT LAKES CREDIT UNION  UNSECURED         1611.25             .00           403.72
WELLS FARGO FINANCIAL AC  UNSECURED        10321.58             .00          2586.20
JEFFERSON CAPITAL SYSTEM  UNSECURED          999.82             .00           250.52
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  15960.00         .00     20756.78         .00       36716.78
PRINCIPAL PAID      15960.00         .00      5200.88         .00       21160.88
INTEREST PAID        2273.92         .00          .00         .00        2273.92
TOTAL PAID          18233.92         .00      5200.88         .00       23434.80
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    100.00  direct and $   2600.00  through the plan.

The Trustee received $    1215.20 .

Refunds to the Debtor totaled $     176.16 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE